# United States District Court Violation Notice

CVB Location Code: **E7Z**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F5270940 | H. DAVIS | 7706 |

F5270940

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 04/25/2020 / 1200 | 36 CFR 261.13 |

**Place of Offense:** Brock Creek Lake

**Offense Description:** Motor vehicle in area not designated

### DEFENDANT INFORMATION

Last Name: Brock
First Name: Adam

Street Address: [redacted]

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| N/A | AR | 91 | Honda | 4WD | RED |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 200  Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 230.00  Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *Adam Brock*

Original - CVB Copy    FS-5300-4 (3/2017)

CVB SCAN 05/18/2020 10:53

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **April 25, 20 20** while exercising my duties as a law enforcement officer in the **Eastern** District of **Arkansas**

I, Hugh Davis, was stationary in my UTV in uniform at Brock Creek Lake within the boundaries of the Ozark National Forest. I observed a man on an ATV drive through a large mudhole and accelerate through it. The area he was in is not designated for ATV use by the Big Piney Range District motor vehicle use map. The man, Adam Brock, apologized.

The foregoing statement is based upon:

✓ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **04/25/2020**   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

CVB SCAN 05/18/2020 10:53